UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                      :

UNITED STATES OF AMERICA,         :

                                Plaintiff,      :

                                                                      :     17 Cr. 610-15 (LGS)

                     -against-                    :

                                                                        :     SCHEDULING ORDER

LUIS GOMEZ,                                   :

                                       Defendant,   :

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2019

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Luis Gomez's sentencing hearing shall be held on **January 7, 2019** at **12:00 p.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

Dated: December 11, 2019
        New York, New York

                                                                                _____
                                                                                 **LORNA G. SCHOFIELD**
                                                                      **UNITED STATES DISTRICT JUDGE**